# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | ) | |
|---|---|---|
| Benjamin Heyward, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:18-cv-00150-JMC |
| Bryan P. Stirling; David W. Dunlap; Ms. A. Price, | ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: The plaintiff, Benjamin Heyward, shall take nothing of the defendants; Bryan P. Stirling and David W. Dunlap; as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed.

■ other: Summary judgment is hereby entered for the defendant; A. Price. The plaintiff, Benjamin Heyward, shall take nothing of the defendant as to the complaint filed pursuant to 42 U.S.C. 1983 and this action is dismissed with prejudice.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Joseph F. Anderson, Jr, Senior United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended granting the defendants Bryan P. Stirling and David W. Dunlap's motion to dismiss.

■ decided by the Honorable J. Michelle Childs, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Kevin F. McDonald, United States Magistrate Judge, which recommended granting the defendant A. Price's motion for summary judgment.

Date: March 29, 2019

ROBIN L. BLUME, CLERK OF COURT

*Signature of Clerk or Deputy Clerk*