U.S District Court
901 Richland St
Columbia, SC 29201

RE: Heyward V. Price
   Civil Action No. 6:18-cv-150-SAL

Dear Judge Gossett,

I need you to assist me in this matter. If you can't, I am going to put this on social media, and I will also get the news reporter involved as well. I settled with the SCDC on 11-17-21 for $9,232 and my Attorney Jonathan Knicely told me I would have my money in my account in two weeks. It is seven weeks and I haven't received my money yet. On 12-17-21 I signed a settlement and agreement and general release in full document and I mailed it back to Mr. Knicely. I didn't understand why I had to released my money to myself. If this is a scam, it will be known in all twelve states where Nelson Mullins Riley & Scarborough has a Law Firm. You asked both Attorney if they're going to have a problem with my money and they said no.

Date 1-5-22

s/ Benjamin Heyward #165514
Evans Corr Inst
610 Highway 9 West
Bennettsville, SC 29512